# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 786 MAL 2014
:
                Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
          v. :
:
:
:
BYRON PAUL MAYNE, :
:
                Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.